SANTIAGO PANZARDI, INC., DEMANDANTE Y APELANTE, *v.*
BENEDICTO, TESORERO, DEMANDADO Y APELADO.

## Corte de Distrito de San Juan, Primer Distrito.

No. 2572.—Resuelto en enero 31, 1924.

Se trata en este caso de recobrar contribuciones pagadas bajo protesta y alega el apelante que la sentencia que desestimó la demanda debe revocarse porque la demanda es suficiente en cuanto alega que el Tesorero está cobrando o tratando de cobrar una contribución sin autoridad legal y que su alegada autoridad o parte de la Ley No. 55 de junio 1919 es anticonstitucional por imponer una contribución de importación. *Se resolvió:* 1°., que una demanda que se funda en un alegado estatuto anticonstitucional debe contener cierta alegación de donde aparezca tal inconstitucionalidad; 2°., que tal cuestión no puede ser levantada por primera vez en apelación; que la alegación de que "los automóviles fueron recibidos en Puerto Rico" no es suficiente afirmación de que llegaran por vía de importación. La palabra "importar" generalmente implica el acto de traer de un puerto extraño a los Estados Unidos. Por otra parte la alegación: "el demandado sin derecho alguno para ello exigió una contribución", es una conclusión legal.

La sentencia del Tribunal Supremo en este caso aunque confirmatoria siempre, fué modificada en cuanto a devolverse el caso para que el demandante pudiera presentar demanda enmendada.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.